**Marion O. Flanigon, administrator of the estate of Marion F. Gibson, deceased, appellee, v. John D. Gibson et al., defendants. Clara E. Gibson, executrix, appellant. Gen. No. 7,573.**

Administrator's bill to construe will. Decree granted. Objections by legatees and devisees. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1923. Affirmed in part and reversed in part with directions. Opinion filed July 10, 1923.

William R. Bach, for appellant. Thomas S. Weldon and John M. Tuohy, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Emma Wooten et al., appellants, v. William Isaac Armstrong et al., appellees. Gen. No. 7,581.**

Bill to contest will on ground of unsound mind and memory of testator and undue influence and lack of legal execution and attestation. Findings of fact against petitioners and decree on the findings. Appeal from the Circuit Court of Shelby county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Humphreys Springstun, for appellants. Chew & Baker, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

**A. L. Salmons, appellant, v. O. L. Langellier, appellee. Gen. No. 7,594.**

Assumpsit for rent of garage building under written lease. Judgment for defendant. Appeal from the Circuit Court of Logan county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923.

Uri Kissinger and McCormick & Murphy, for appellant. Harold F. Trapp, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**John B. Colegrove, appellee, v. Mary Ellen Calloway et al., appellants. Gen. No. 7,611.**

Action for solicitor's fee for services in partition proceeding. Decree for allowance of amount claimed. Appeal from the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded with directions. Opinion filed July 10, 1923.

McBride & Vogelsang, for appellants. R. C. Neff, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**E. F. Motsinger, county superintendent of highways, appellee, v. James H. Chenoweth and Quinton D. Baily, appellants. Gen. No. 7,620.**

Proceeding begun by superintendent of highways under Road & Bridge Act to assess damages for property taken and damaged for a public and private road. Judgment for $400. Appeal from the Circuit Court of Fulton county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the June term, 1922. Reversed and cause remanded with directions. Opinion filed July 10, 1923.